# Exhibit A



**Tri-State Paper Co.**
*149 e, church st.*
*Blackwood, NJ  08012*
*215-455-4506*
*215-455-4509*

**Statement**

*Page 1 of 1*

*10-Nov-2023*

*Customer*

NONNA ROSA / NORRISTOWN
236 EGYPT ROAD

NORRISTOWN, PA  19403

| | *Account#* | *Total Due* | *Current* |
|---|---|---|---|
| | NONNA100 | $3,771.54 | ($66.89) |
| *31-45 Days* | *46-60 Days* | *61-90 Days* | *91-120 Days* | *120+ Days* |
| $607.14 | $924.50 | $1,496.12 | $810.67 | $0.00 |

| *Invoice* | *Invoice Date* | *Due Date* | *Type* | *Invoice Amt* | *Amount Due* | *Status* | *P.O. Number* |
|---|---|---|---|---|---|---|---|
| 2032954 | 10-Aug-23 | **10-Aug-23** | IN | $810.67 | **$810.67** | Delinquent | |
| 2033207 | 24-Aug-23 | **24-Aug-23** | IN | $674.28 | **$674.28** | Delinquent | |
| 2033402 | 7-Sep-23 | **7-Sep-23** | IN | $821.84 | **$821.84** | Delinquent | |
| 2033632 | 21-Sep-23 | **21-Sep-23** | IN | $924.50 | **$924.50** | Delinquent | |
| OP1707 | 25-Sep-23 | **25-Sep-23** | OP | ($2.23) | **($2.23)** | Credit | |
| 2033745 | 28-Sep-23 | **28-Sep-23** | IN | $607.14 | **$607.14** | Delinquent | |
| OP1733 | 2-Oct-23 | **2-Oct-23** | OP | ($64.66) | **($64.66)** | Credit | |