*Form PL262* (12/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tri−State Paper, Inc.<br>    Debtor(s) | Case No. 23−13237−pmm<br>Chapter 11 |
| Tri−State Paper, Inc.<br>Plaintiff | |
| v. | Adversary No. 23−00087−pmm |
| Nonna Rosa III, LLC<br>Defendant | |

## DEFAULT JUDGMENT

Before Judge Patricia M. Mayer

    AND NOW, in accordance with Request for Entry of Default Judgment, Declaration and Certificate of Service it is

    ORDERED that judgment by default be and the same is hereby entered in favor of Plaintiff, Tri−State Paper, Inc. and against the Defendant, Nonna Rosa III, LLC in the amount of Three Thousand, Seven Hundred Seventy One Dollars and Fifty Four Cents ($3,771.54) plus costs in the amount of Three Hundred Fifty Dollars ($350.00), for a total of Four Thousand One Hundred Twenty One Dollars and Fifty Four Cents ($4,121.54) sum certain.

Date: December 21, 2023

FOR THE COURT

ATTEST:

_____
Timothy B. McGrath
Clerk of Court